IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

CASE NO:

CAPITAL ONE, N.A., as successor by
merger to North Fork Bank,
                        Plaintiff,

vs.

DOBLE DE II, LLC,
and GEORGE de GUARDIOLA,
                        Defendants.
_____/

COMPLAINT
RULE 9(h)

       COMES NOW Capital One, N.A., as successor by merger to North Fork Bank, (hereinafter Capital One) by and through its undersigned attorneys in a cause of action both civil and maritime and alleges upon information and belief:

       1.     This is a case within the admiralty and maritime jurisdiction of this court within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333 for breach of a marine note and security agreement and first preferred mortgage on a documented vessel.  Alternatively, this case is within the jurisdiction of this court pursuant to 28 U.S.C. § 1332 in that this is a civil action where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and is between citizens of different States.

       2.     At all times material hereto, Capital One was and now is a corporation with a place of business in Melville, New York.

3. At all times material, defendant DOBLE DE II, LLC, was a corporation with its principal place of business in Jupiter, Florida and/or West Palm Beach, Florida and was owner of the M/V Doble De and obligor on a First Preferred Ships Mortgage on the M/V Doble De, a 1995, 57 foot, U. S. Flag, fiberglass hull, vessel, built by Scarborough Boats, Inc., with official number 1033511, and hull identification number RSU00068JL95.

4. At all times material hereto, GEORGE DE GUARDIOLA was an individual with a principal place of residence in Palm Beach County, Florida.

5. On or about February 5, 2008 Doble De II, LLC, and George de Guardiola borrowed $750,000.00 from Capital One for the purchase of the M/V Doble De, official number 1033511. This loan transaction is memorialized by a Marine Note and Security Agreement executed by Doble De II, LLC, and George de Guardiola, dated February 5, 2008. A copy of the Promissory Note is attached hereto as **Exhibit A**.

6. At the same time Doble De II, LLC, and George de Guardiola executed the promissory note, they granted a first preferred ships mortgage to Capital One, in the amount of $750,000.00, on the U.S. Documented vessel M/V Doble De, pursuant to 46 U.S.C. § 31322.

7. The First Preferred Ship's Mortgage on the M/V Doble De was recorded with the Secretary of Transportation pursuant to 46 U.S.C. § 31321 and all conditions precedent for perfection of mortgage lien have been complied with. A copy of the First Preferred Ship Mortgage agreement, as recorded with the National Vessel Documentation Center at Batch Number: 624507; Document ID: 8399770; on Feb. 13, 2008, is attached hereto as **Exhibit B.**

8. Doble De II, LLC, and George de Guardiola defaulted on their obligations pursuant to the "Marine Note and Security Agreement" and "First Preferred Ship Mortgage" by reason of failure to make payments on the loan, when due and payable, since April 5, 2009 and by failure to comply with warranties in the insurance policy on the vessel.

9. On or about August 21, 2009 the M/Y Doble De was repossessed by Capital One.

10. On or about October 22, 2009, Capital One provided notice of the pending sale of the collateral for the loan, the M/Y Doble De, and notice of the right to redeem the collateral prior to sale.

11. Neither Doble De II, LLC nor George DeGuardiola redeemed the collateral.

12. On or about November 4, 2009 Capital One sold the collateral for the loan, the M/Y Doble De, by way of sealed bid auction for a fair market value of $450,000.00 and netted $396,531.04, after cost of sale and custodial fees.

13. The proceeds of the sale of the collateral were thereafter applied to the outstanding balance on the loan, pursuant to the terms on the marine note and security agreement and mortgage.

## COUNT I
## BREACH OF CONTRACT

14. Plaintiff hereby realleges and incorporates paragraphs 1 thorough 13 as if set out fully herein and further alleges:

15. DOBLE DE II, LLC, and GEORGE DE GUARDIOLA are in breach of their obligations pursuant to the Marine Note and Security Agreement and the First Preferred Ship

Mortgage attached hereto as Exhibits A and B through failure to make payments on the loan and breach of certain warranties in the insurance policy on the vessel.

16. As a result of their default Doble De II, LLC, and George de Guardiola are jointly and severally indebted to Capital One in the amount of $422,864.69, as of July 29, 2010, plus accruing interest at the rate of $124.68 per day, and costs, attorney's fees in this action.

17. Plaintiff, pursuant to the terms of the Marine Note and Security Agreement is entitled to recover all its attorney's fees and costs in this action plus all costs and expenses of retaking, maintaining, repairing, rehabilitating, advertising, cleaning, storing and selling the vessel and all such costs and fees constitute an additional obligation pursuant to the Marine Note and Security Agreement and First Preferred Ship Mortgage and shall accrue interest at the default rate in the Note.

18. Plaintiff has duly performed all duties and obligations on its part to be performed and all conditions precedent to recovery pursuant to the Marine Note and Security Agreement and First Preferred Ship Mortgage have been fulfilled or waived.

WHEREFORE, plaintiff prays for entry of judgment against DOBLE DE II, LLC, and GEORGE DE GUARDIOLA, jointly and severally for all amounts that remain unpaid after application of proceeds of sale of the M/V DOBLE DE, to the primary obligation represented by the Marine Note and Security Agreement and First Preferred Ship Mortgage, together with interest, late charges, costs, attorney's fees and all other costs of this action and

Plaintiff further prays for such other, further and different relief as to this Court may deem just and proper in the premises.

                                                      Timothy P. Shusta
                                                     FBN: 442305
                                                     shustat@phelps.com
                                                     Phelps Dunbar, LLP
                                                     100 S. Ashley Drive, Ste. 1900
                                                     Tampa, Florida 33602-5315
                                                     (813) 472-7550
                                                     (813) 472-7570 Fax
                                                     Attorneys for Plaintiff, Capital One